UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-cr-111-T-17MAP

DEAN A. SINIBALDI

**PRELIMINARY ORDER OF
FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for any and all accounts held at Ameriprise Financial, Inc., in the name of Dean Sinibaldi, client number 22309603-001, as substitute assets in partial satisfaction of the defendant's $200,000,000.00 Forfeiture Money Judgment.

Being fully advised of the relevant facts, the Court hereby finds that, pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, a Forfeiture Money Judgment was entered against the defendant in the amount of $2,000,000.00.

The Court further finds that, the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of the Forfeiture Money Judgment's remaining balance of $1,629,113.38. Accordingly, it is hereby:

CASE NO. 8:02-CR-111-T-17

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(e)(1)(B), the accounts identified above are hereby forfeited to the United States for disposition according to law, in partial satisfaction of the defendant's $2,000,000.00 Forfeiture Money Judgment, subject to the provisions of 21 U.S.C. § 853(n).

The net proceeds from the accounts shall be credited towards satisfaction of the defendant's Forfeiture Money Judgment.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 26th day of July, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

2