UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-cr-111-T-17MAP

DEAN A. SINIBALDI

### ORDER VACATING PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the filing of the United States' Motion to Vacate the Preliminary Order of Forfeiture, entered by the Court on July 26, 2019, as it relates to any and all accounts held at Ameriprise Financial, Inc., in the name of Dean Sinibaldi, client number 22309603-001, as substitute assets in partial satisfaction of the defendant's $2,000,000.00 Forfeiture Money Judgment.

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

ORDERED in Tampa, Florida, this 2ND day of August, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and Counsel of record